## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 16, 2015

Before

RICHARD A. POSNER, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
MICHAEL S. KANNE, *Circuit Judge*

| No. 15-3225 | MICHAEL J. BELLEAU,<br>Plaintiff - Appellee<br><br>v.<br><br>EDWARD F. WALL, et. al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-01198-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach ||

The following are before the court:

1. **DEFENDANTS-APPELLANTS' MOTION TO STAY DISTRICT COURT JUDGMENT PENDING APPEAL AND APPENDIX,** filed on October 7, 2015, by counsel for the appellants.

2. **PLAINTIFF-APPELLEE'S RESPONSE IN OPPOSITION TO DEFENDANTS-APPELLANTS' MOTION TO STAY JUDGMENT PENDING APPEAL,** filed on October 14, 2015, by counsel for the appellee.

**IT IS ORDERED** that the defendants-appellants' motion to stay the district court's judgment pending appeal is **GRANTED**. The plaintiff-appellee shall continue to comply with the state's GPS-tracking law during the pendency of this appeal.

**IT IS FURTHER ORDERED** that briefing in this appeal is **EXPEDITED** to the extent that briefing shall proceed as follows:

1. The appellants' brief is due by November 16, 2015.

2. The appellee's brief is due by December 16, 2015.

3. The reply brief, if any, is due December 30, 2015.

No extensions of time will be granted except in extraordinary circumstances. The paper copies of the appellee's brief and the reply brief are due on the same date as the electronic filing of the briefs. The case will be set for argument during the week of January 4, 2016, and will be set by a separate court order.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e)

form name: **c7_Order_3J**(form ID: **177**)