No. 15-3225

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

MICHAEL J. BELLEAU,

    Plaintiff-Appellee,

  v.

EDWARD F. WALL
and DENISE SYMDON,

    Defendants-Appellants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant Attorney General Abigail C. S. Potts appears as counsel for Defendants-Appellants in the above-captioned action, and requests that all documents hereafter filed in this action be served upon her personally at her office located at 17 West Main Street, Madison, Wisconsin 53703; by first class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857; or via the ECF

system for the United States District Court of Appeals for the Seventh Circuit.

Dated this 16th day of October, 2015.

Respectfully submitted,

BRAD D. SCHIMEL
Attorney General


<u>s/Abigail C. S. Potts</u>
ABIGAIL C. S. POTTS
Assistant Attorney General
State Bar #1060762

Attorneys for Defendants-Appellants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-7292
(608) 267-8906 (Fax)
*pottsac@doj.state.wi.us*

## **CERTIFICATE OF SERVICE BY E-FILING**

I certify that on October 16, 2015, I electronically filed the foregoing Notice of Appearance with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all counsel of record in the case, who are registered CM/ECF users.

s/Abigail C. S. Potts
ABIGAIL C. S. POTTS
