# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse  Room 2722 - 219 S. Dearborn Street  Chicago, Illinois 60604 | | Office of the Clerk  Phone: (312) 435-5850  www.ca7.uscourts.gov |

## ORDER: Circuit Rule 33

August 7, 2014

| | |
|---|---|
| No.: 14-1922 | SANDRA LANCASTER,  Plaintiff - Appellant  v.  CITY OF ALTON, et al.,  Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:13-cv-00869-MJR-DGW  Southern District of Illinois  District Judge Michael J. Reagan | |

Pursuant to Circuit Rule 33, briefing in this appeal is **SUSPENDED** pending further court order.

form name: **c7_Order_CR33**(form ID: **186**)