# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 24, 2014

*Before*

**DANIEL A. MANION,** *Circuit Judge*

| No.: 13-3581 | DON NORTON, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CITY OF SPRINGFIELD, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:13-cv-03316-RM-BGC<br>Central District of Illinois<br>District Judge Richard Mills ||

Upon consideration of the **MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE NATIONAL LAW CENTER ON HOMELESSNESS AND POVERTY IN SUPPORT OF APPELLANTS**, filed on January 21, 2014, by counsel for National Law Canter on Homelessness and Poverty,

**IT IS ORDERED** that the motion is **DENIED.**

form name: **c7_Order_3J**(form ID: **177**)