IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

       Plaintiff- Appellee,

                              Appeal No.  15-2443
   v.                         Trial Ct. Case No. 13-CR-234
                              Eastern District of Wisconsin
                              <u>Honorable Rudolph T. Randa</u>
DAMIAN PATRICK,             District Court Judge

       Defendant- Appellant.

**NOTICE OF FILING IN THE DISTRICT COURT OF A MOTION FOR INDICATIVE RULING**

NOW COMES THE APPELLANT, DAMIAN PATRICK, by and through his attorney CHRISTOPHER DONOVAN, and hereby notifies the Court that a motion for an indicative ruling under Fed. R. App. P. 12.1 was filed in the district court today (see attached).  Under Rule 12.1(a), undersigned counsel will promptly notify the clerk of this Court if the district court states it would either grant the motion or that the motion raises a substantial issue.

Respectfully submitted at Milwaukee, Wisconsin this 5th day of April, 2016.

                                              *Chris Donovan*
                                        By :  Chris Donovan, Attorney
                                        for Appellant Damian Patrick
                                        Pruhs & Donovan, S.C.
                                        757 North Broadway – Suite 401
                                        Milwaukee, Wisconsin   53202
                                        Tel:    (414) 221-1950
                                        Fax:   (414) 221-1959

CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifiers that a copy of the foregoing pleading was served upon the following by electronic filing on this 5th day of April, 2016:

Bridget Domaszek
Office of the United States Attorney
517 E. Wisconsin Ave.
Milwaukee, WI 53202

        *Chris Donovan*
        By : Chris Donovan, Attorney
        for Appellant Damian Patrick
        Pruhs & Donovan, S.C.
        757 North Broadway – Suite 401
        Milwaukee, Wisconsin 53202
        Tel: (414) 221-1950
        Fax: (414) 221-1959