# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 30, 2013

| Before: | DIANE P. WOOD, *Circuit Judge* |
| --- | --- |
| | DAVID F. HAMILTON, *Circuit Judge* |
| | SARA DARROW, *District Court Judge*\* |

| No.: 12-2383 | RILEY J. WILSON, on behalf of himself and all others similarly situated,<br>Plaintiff - Appellant<br><br>v.<br><br>CAREER EDUCATION CORPORATION,<br>Defendant - Appellee |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 1:11-cv-05453<br>Northern District of Illinois, Eastern Division<br>Magistrate Judge Geraldine Soat Brown | |

The judgment of the district court is **REVERSED**, with costs, and the case is **REMANDED** to that court for further proceedings on the implied-covenant theory. The above is in accordance with the decision of this court entered on this date.

\* Of the Central District of Illinois, sitting by designation.

form name: **c7_FinalJudgment**(form ID: **132**)