# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## FINAL JUDGMENT

November 23, 2016

| Before: | DIANE P. WOOD, Chief Judge |
|---|---|
| | FRANK H. EASTERBROOK, Circuit Judge |
| | MICHAEL S. KANNE, Circuit Judge |

| | |
|---|---|
| No. 15-2443 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>DAMIAN L. PATRICK,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 2:13-cr-00234-RTR-1<br>Eastern District of Wisconsin<br>District Judge Rudolph T. Randa | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)