# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

May 9, 2017

Before

Diane P. Wood, *Chief Judge*

Frank H. Easterbrook, *Circuit Judge*

Michael S. Kanne, *Circuit Judge*

| | |
|---|---|
| No. 15-2443<br><br>United States of America,<br>　*Plaintiff-Appellee*,<br><br>　　　*v.*<br><br>Damian Patrick,<br>　*Defendant-Appellant*. | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 13-CR-234<br>Rudolph T. Randa, *Judge*. |

**Order**

　　Defendant-appellant filed a petition for rehearing and rehearing en banc on December 21, 2016. A majority of the panel voted to deny rehearing. A judge in regular active service requested a vote on the petition for rehearing en banc, but a majority did not support rehearing en banc. The petition is therefore DENIED.

　　Chief Judge Wood and Judges Posner, Rovner, and Hamilton voted to hear the appeal en banc. Judge Williams did not participate in the consideration or decision of this petition.